SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VCEG Partners, LP, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-00939-JAM-DAD**<br><br>**PROPOSED ORDER RE: REQUEST FOR DISMISSAL OF MAXINE M. DAVIS**<br><br>Case to Remain Open with Remaining Defendants |

　　　IT IS HEREBY ORDERED THAT Defendant Maxine M. Davis is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  6/3/2011

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　Judge of the United States District Court

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00939-JAM-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com